

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 2:19-cr-61-KS-MTP

JERMAINE BROWN

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [32]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on June 11, 2020, this Court entered an Agreed Preliminary Order of Forfeiture [25], ordering the Defendant, **JERMAINE BROWN** to forfeit the following:

1. **Jimenez Arms pistol, model JA 380, .380 caliber, SN: 415814; and**
2. **Any ammunition seized;**

("the Subject Property").

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all known third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following:

1. **Jimenez Arms pistol, model JA 380, .380 caliber, SN: 415814; and**
2. **Any ammunition seized;**

are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 14th day of December, 2020.

UNITED STATES DISTRICT JUDGE